IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


MEREDITH MILLS and JACK MILLS                                                    PLAINTIFF


VS.                              CASE NO. 12-CV-4091


FREE FLOW SPAS and
BALBOA WATER GROUP, and
JOHN DOES 1-10                                                                   DEFENDANTS


# ORDER


      Before the Court is the parties' Joint Motion for Continuance.  (ECF No. 50).  The parties seek a continuance of this case, which is currently set for trial the week of April 14, 2014.  Upon consideration, the Court is satisfied that good cause for the motion has been shown.  Accordingly, the Court finds that the motion for continuance should be and hereby is **GRANTED**.  The deadlines imposed by the previous scheduling order are hereby lifted until further notice.

      **IT IS SO ORDERED**, this 30th day of December, 2013.
.

                                      /s/ Susan O. Hickey
                                      Susan O. Hickey
                                      United States District Judge