IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MEREDITH MILLS and JACK MILLS                                                               PLAINTIFF

VS.                                         CASE NO. 12-CV-4091

FREE FLOW SPAS and
BALBOA WATER GROUP, and
JOHN DOES 1-10                                                                              DEFENDANTS

## ORDER

    Before the Court is a Motion to Dismiss Defendant Free Flow Spas. ECF No. 53. Plaintiffs state that they have settled all claims against Separate Defendant Free Flow Spas, and they move the Court to dismiss these claims. Upon consideration, the Motion to Dismiss is **GRANTED**. Plaintiffs' claims against Separate Defendant Free Flow Spas are hereby **DISMISSED WITH PREJUDICE**.

    If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this order. The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

    IT IS SO ORDERED, this 7th day of April, 2014.

                                                 /s/ Susan O. Hickey
                                                 Susan O. Hickey
                                                 United States District Judge