IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MEREDITH MILLS and JACK MILLS                                              PLAINTIFF

VS.                              CASE NO. 4:12-CV-4091

BALBOA WATER GROUP, and
JOHN DOES 1-10                                                            DEFENDANTS

## ORDER

Now on this day the Court is advised that this cause of action has been fully compromised and settled, and that Plaintiff's Complaint and cause of action as to Defendants should be dismissed with prejudice.

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED that Plaintiff's Complaint and cause of action be, and are hereby, dismissed with prejudice as to Defendants.

IT IS SO ORDERED, this 17th day of September, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge